No. 85–6379. JONES v. MCCOTTER, DIRECTOR, TEXAS DE-
PARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 85–6397. SMITH v. UNITED STATES. C. A. 11th Cir.
Certiorari denied.

No. 85–6398. VARGAS v. COUGHLIN, COMMISSIONER, NEW
YORK STATE DEPARTMENT OF CORRECTIONS. App. Div., Sup.
Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 85–6410. MITCHELL v. UNITED STATES. C. A. 9th Cir.
Certiorari denied.

No. 85–6413. PETERSON v. BOWEN, WARDEN, ET AL. C. A.
11th Cir. Certiorari denied.

No. 85–6428. HOPPER v. BOWEN, SECRETARY OF HEALTH
AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.

No. 85–6441. NOLL v. WILKERSON ET AL. C. A. 8th Cir.
Certiorari denied.

No. 85–6462. WOOD v. UNITED STATES. C. A. 6th Cir.
Certiorari denied.

No. 85–6464. GOOD v. UNITED STATES. C. A. 9th Cir.
Certiorari denied.

No. 85–6480. JOOST v. O'BRIEN, WARDEN, ET AL. C. A. 10th
Cir. Certiorari denied.

No. 85–6506. LUCAS v. UNITED STATES. Ct. App. D. C.
Certiorari denied.

No. 85–690. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF
CORRECTIONS v. FELDER. C. A. 5th Cir. Motion of respondent
for leave to proceed in forma pauperis granted. Certiorari
denied.

No. 85–882. LOVSHIN v. DEPARTMENT OF THE NAVY. C. A.
Fed. Cir. Certiorari denied. JUSTICE WHITE, JUSTICE MAR-
SHALL, and JUSTICE BLACKMUN would grant certiorari.